# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES FRANKS, | : | No. 65 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| TREVOR WINGARD, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.